RECEIVED
JAN - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE RAMON PEREZ | DOCKET NO. 13-CV-902; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| ERIC HOLDER, JR., ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Western District of Louisiana.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 3rd day of January, ~~2013~~. 2014

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE